DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd. South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6503 / Fax (702) 388-6418

FILED

2014 JUN 20  PM 2: 03

US MAGISTRATE JUDGE

BY_____

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CLIFFORD JAMES SCHUETT,

      Defendant.

**Magistrate No.**   2:14-mj-432-GWF

**COMPLAINT** for violation of Title 18, United States Code, Section 844(e) – Threat to Kill or Cause Damage by Explosive.

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

On or about June 3, 2014, in the State and Federal District of Nevada, **CLIFFORD JAMES SCHUETT**, the defendant herein, in and affecting interstate or foreign commerce, willfully made a threat and maliciously conveyed false information, knowing the same to be false, that the defendant intended to attempt to kill, injure and intimidate an individual, to wit: "J.M." and "R.H.," and to unlawfully damage and destroy a building, to wit:  the Lloyd D. George United States Courthouse, by means of an explosive, all in violation of Title 18, United States Code, Section 844(e).

### PROBABLE CAUSE AFFIDAVIT

Complainant, James J. Mollica, Jr., as a Special Agent with the Federal Bureau of Investigation, states the following as and for probable cause:

1

1.     Your Complainant is a Special Agent with the Federal Bureau of Investigation ("FBI"), and has been so employed for over ten (10) years.  Currently, the Complainant is assigned to the Las Vegas Field Office and is responsible for investigating violent crimes, to include, but not limited to threats regarding explosives in violation of Title 18, United States Code, Section 844(e).

2.     The information used to support this Complaint was derived from reports of information obtained from eye witnesses to the offenses described herein as well as investigations conducted by law enforcement related to the incident.  This Complaint contains information necessary to support probable cause to believe that the criminal offenses described herein were committed by the defendant, **CLIFFORD JAMES SCHUETT**, and is not intended to include each and every fact and matter observed by me or known to the Government.  Moreover, to the extent that this Complaint contains statements by witnesses, those statements are set forth only in part and in substance and are intended to accurately convey the information, but not to be verbatim recitations.

3.     The Lloyd D. George United States Courthouse, which houses, *inter alia*, the United States District Court for the District of Nevada – Las Vegas, is located at 333 Las Vegas Blvd. South in Las Vegas, Nevada.  The building houses various federal judges, to include but not limited to, "R.H." and "J.M."  The building also houses the United States Attorney's Office, the United States Marshals Service, and various other support staff.  The building also contains a cafeteria that receives and serves food products and various other items.  Based on my training and experience, the Lloyd D. George United States Courthouse receives and consumes goods that are shipped from outside the state of Nevada, and it is therefore a building that is in and affects interstate commerce.

4.     On June 3, 2014, **CLIFFORD JAMES SCHUETT** entered the United States Immigration and Customs Enforcement ("ICE") field office located at 3373 Pepper Lane, Las Vegas, Nevada 89120. **SCHUETT** stated that he had placed explosives within the Lloyd D. George

United States Courthouse.  **SCHUETT** identified "J.M." and "R.H.," two United States District Judges within the courthouse, as the targets of the explosives.  **SCHUETT** added that the explosives were under their desks.  ICE Agents detained **SCHUETT** and notified personnel at the Lloyd D. George United States Courthouse.  The United States Marshals Service set up a containment perimeter and all areas of concern were cleared of any threats.  No explosives were located.

5.  Las Vegas Metropolitan Police Department ("LVMPD") Detective M. Smith responded to the ICE filed office to interview **SCHUETT**.  **SCHUETT** was advised of his Miranda rights and agreed to talk to Detective Smith without a lawyer present.  During a post-Miranda interview, **SCHUETT** made the following statements:

a)  "I am threatening to blow up two federal judges."

b)  "I want to blow up [R.H.] because he sent me to prison.  [J.M.] turned down my court case."

c)  "I placed two bombs in their [R.H. and J.M.] courtrooms which will explode at noon tomorrow."

d)  "If I get out of County Jail, I will shoot a federal judge.  I'll go after [R.H.] first."

6.  It should be noted that **SCHUETT** was previously indicted on March 10, 2010, for one count of Threat to Kill or Cause Damage by Explosive in violation of Title 18, United States Code, Section 844(e), in case number 2:10-cr-00118-RLH-RJJ.  On April 8, 2010, **SCHUETT** plead guilty to the single-count Indictment.  On May 14, 2010, **SCHUETT** was sentenced (by R.H.) to 42 months in custody followed by 36 months of supervised release.

7.  Based on the foregoing, your Complainant believes that there is probable cause to believe that, on or about June 3, 2014, **CLIFFORD JAMES SCHUETT** committed the offense of

3

1   Threat to Kill or Cause Damage by Explosive in violation of Title 18, United States Code, Section

2   844(e).

3                                        _James J. Mollica, Jr._____

4                                        James J. Mollica, Jr., Special Agent
                                         Federal Bureau of Investigation

5

6   SUBSCRIBED and SWORN to before me

7   This 20th day of June, 2014.

8   _____

9   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24